RECEIVED

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2016 MAY 31  P 4:00

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| Society for Human Resource Management <br><br> *Plaintiff(s)* <br> v. <br> Northern California Human Resources Council <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:16cv596 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Northern California Human Resources Council
233 Sansome Street #508
San Francisco, CA
94104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Society for Human Resource Management
1800 Duke Street
Alexandria, VA
22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/31/16

_____
*Signature of Clerk or Deputy Clerk*